UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARLAND A. JONES,<br><br>            Plaintiff,<br><br>    v.<br><br>TOLSON, *et al.*,<br><br>            Defendants. | Case No. 1:15-cv-01037-JDP<br><br>ORDER DENYING MOTION FOR TRANSCRIPTS AND MOTION FOR RELEASE<br><br>ECF Nos. 37, 39 |

      Plaintiff's case was dismissed for failure to state a claim on September 14, 2015. Plaintiff appealed, and that appeal was dismissed on June 13, 2016. Plaintiff now seeks transcripts and the release of all judgments. See ECF Nos. 37, 39. There were no hearings in plaintiff's case, and thus no testimony was transcribed. As no transcripts exist, plaintiff's motion for transcripts is denied. ECF No. 37.

      Plaintiff's second motion, seeking release of all judgments, appears to stem from confusion over the outcome of his case. *See* ECF No. 39 at 2 (seeking the "outcome of my case's decision—whatever it may be"). The judgments in plaintiff's case were released years ago, and his case is now closed. Therefore, plaintiff's motion for the release of judgments is denied as moot. ECF No. 39.

No further filings will be entertained in this closed case.

IT IS SO ORDERED.

Dated:   September 23, 2019

_____
UNITED STATES MAGISTRATE JUDGE

No. 204