UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARLAND A. JONES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TOLSON, *et al.*,<br><br>　　　　　Defendants. | Case No. 1:15-cv-01037-JDP<br><br>ORDER DENYING SECOND MOTION FOR TRANSCRIPTS<br><br>ECF No. 45 |

　　　　Plaintiff's case was dismissed for failure to state a claim on September 14, 2015. Plaintiff appealed, and that appeal was dismissed on June 13, 2016. Plaintiff now seeks, for a second time, transcripts. *See* ECF No. 45. There were no hearings in plaintiff's case, and thus no testimony was transcribed. As no transcripts exist, plaintiff's motion for transcripts is denied. ECF No. 45.

IT IS SO ORDERED.

Dated: 　January 14, 2020　　　　　　　　　　／s／ Jeremy Peterson
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE